[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



Lindsey Anette Foster
Plaintiff

v.

Illinois Department of Children and Family Services (DCFS)
Defendant

United States District Court
Northern District of Illinois

1:19-cv-07527
Judge Mary M. Rowland
Magistrate Judge Jeffrey Cummings

# COMPLAINT

Illinois Department of Children and Family Services (DCFS) unlawfully removed my child Brooklynn Theresa Moore from my without a hearing or court order from a Judge.

RECEIVED
NOV 14 2019 YJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Lindsey Foster
1357 Beau Ridge Dr
Aurora IL 60504
331-575-8344

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]